UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANNMARIE DUTTON,**

    **Plaintiff,**

v.                                 Case No.  8:07-cv-1256-T-30MAP

**FAST AIR OF FLORIDA, INC. and
WILLIAM VANHOOK,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised by Notice of Settlement (Dkt. #15) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on January 31, 2008.

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1256.dismissal 15.wpd